

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

July 19, 2017

Clerk, Attention: Dorothy Brown
Circuit Court of Cook County
Richard J. Daley Center
50 W Washington Street
Chicago, IL  60602

Re:  Placencia et al v. Northwestern Memorial Hospital et al
USDC No:  17 C 4648

Circuit Court No:   2017 L 002208

Dear Clerk:

A certified copy of an order entered on 7/19/2017 by the Honorable John Z. Lee, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

Sincerely yours,

**Thomas G. Bruton, Clerk**

By:     /s/ Amanda Scherer
           Deputy Clerk